FILED
11/18/16 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10566-TPA |
| Ronnie Michael Kelly, Sr., | : | Chapter 13 |
| Debtor, | : |  |
|  | : | Related to Document No. 33 |
| Ronnie Michael Kelly, Sr., | : |  |
| Movant | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Ditech Financial, LLC, | : |  |
|  | : |  |
| AND | : |  |
|  | : |  |
| Ronda J. Winnecour/Esquire | : |  |
| Chapter 13 Trustee, | : |  |
| Respondents | : |  |

### ORDER

A *Loss Mitigation Order* dated <u>August 9, 2016</u>, was entered in the above matter at Document No. <u>22</u>.  On <u>November 8, 2016</u>, a **Motion to Extend the Loss Mitigation Period** was filed by <u>Ronnie Michael Kelly, Sr.</u> at Document No. <u>33</u>.

*AND NOW*, this <u>18th</u> day of <u>November</u>, 2016, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including January 17, 2017*.

Thomas P. Agresti,
United States Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10566-TPA
Ronnie Michael Kelly, Sr.                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lfin            Page 1 of 1            Date Rcvd: Nov 18, 2016
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db             +Ronnie Michael Kelly, Sr.,    PO Box 232,    Sheffield, PA 16347-0232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Ronnie Michael Kelly, Sr. dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4