## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10566-TPA |
| Ronnie Michael Kelly, Sr., | : | Chapter 13 |
| Debtor | : | |
| | : | Document No. 38 |
| Ronnie Michael Kelly, Sr., | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial, LLC, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE LOSS MITIGATION PERIOD

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO EXTEND THE LOS MITIGATION PERIOD**, filed on January 18, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than January 27, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: January 30, 2017

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding Motion to Extend the Loss Mitigation Period**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: **January 30, 2017** | *By: /s/ Anne M. Clement*<br>ANNE M. CLEMENT,<br>PARALEGAL<br>FOSTER LAW OFFICES, LLC<br>PO Box 966<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.1158 |

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

Ronnie Kelly, Sr
PO Box 232
Sheffield, PA 16347

Ditech Financial, LLC
PO Box 6172
Rapid City, SD 57709