# Loss Mitigation Final Report

**Debtor:** Ronnie Kelly Sr  **Case No:** 16-10566
**Loan No:** XXXXXXXXXX7826  **Judge**: Agresti
**Debtor Attorney:** Daniel P. Foster  **Ch:** 13

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **09-09-2016**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **09-12-2016**

## Requests For Loss Mitigation

**Requests for Loss Mitigation:** 1

**Request 1**
The Request was filed on **07-25-2016** at Docket No. **20**
The Creditor Name on the Request is **Ditech Financial, LLC**
The Creditor Name as registered on the Portal is **Ditech Financial, LLC**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed on **08-09-2016** at Docket No. **22**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 1

**Status Report 1**
The Status Report was filed on **10-12-2016** at Docket No. **31**

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

## Deadline Extensions

**Deadline Extensions Filed:** 2

**Extension 1**
The request was made by way of **Separate Motion**
The request for extension was made by **Attorney** on behalf of the **Debtor**
The request was filed on **11-08-2016** at Docket No. **33**
Reason: Additional time for Debtor to upload all information to complete the review.
**Judge Agresti Granted** the extension request on **11-18-2016** at Docket No. **34**
Deadlines Extended:
01-17-2017 – 60 Days

**Extension 2**
The request was made by way of **Separate Motion**
The request for extension was made by **Attorney** on behalf of the **Debtor**
The request was filed on **01-18-2017** at Docket No. **37**
Reason: Additional time for Debtor to provide the missing documents to complete review.
**Judge Agresti Granted** the extension request on **01-30-2017** at Docket No. **39**
Deadlines Extended:
03-31-2017 – 60 Days

## Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

## Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

## Results

**Trial Loan Modification:**
There **was not** a Trial Loan Modification
An Interim Mortgage Modification Order **was not** issued

**Outcome:**
The outcome of the LMP was **Modification Denied**.
Details and Terms: Debtor does not qualify for any modification options at this time.

**I have reviewed the details set forth above. I, Daniel Foster, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Daniel Foster
Attorney ID #92376
Email Address: dan@mrdebtbuster.com
PO Box 966 Meadville, PA 16335
814-724-1165
Attorney for: Ronnie Kelly Sr
Date Report Completed: 04-19-2017