**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10566-TPA |
| | : | |
| Ronnie Michael Kelly, Sr., | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Ronnie Michael Kelly, Sr., | : | |
| Movant, | : | RELATED TO DOCKET NO.: 90 |
| | : | |
| vs. | : | |
| | : | |
| ARG Resources Inc., | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>February 5, 2019</u>                    By: /s/ Clarissa Bayhurst
                                                                                 CLARISSA BAYHURST, PARALEGAL
                                                                                 FOSTER LAW OFFICES
                                                                                 Po Box 966
                                                                                 Meadville, PA 16335
                                                                                 Tel 814.724.1165
                                                                                 Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**ARG RESOURCES INC**
**95 ALPHA DRIVE WEST**
**THE LANDINGS 3RD FLOOR**
**PITTSBURGH PA 15238**