Case 16-10566-TPA    Doc 101    Filed 09/17/19    Entered 09/17/19 15:59:24    Desc Main
Document    Page 1 of 1

FILED
9/17/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10566-TPA |
| | : | |
| **Ronnie Michael Kelly, Sr.,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 97 |
| **Ronnie Michael Kelly, Sr.,** | : | |
| Movant, | : | |
| | : | |
| V | : | |
| | : | |
| **Chalet Properties III, LLC and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER REGARDING DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF CHALET PROPERTIES III, LLC AT CLAIM NUMBER 3

On this __17th__ day of __September__ 2019, after review of Debtor's Objection to Mortgage Payment Change filed by **CHALET PROPERTIES III, LLC**, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Mortgage Payment Change of CHALET PROPERTIES III, LLC is **DENIED.**

2. The Debtor will receive a longer period of time to cure his shortage which will make his mortgage payment more feasible.

_____ vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*