**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10566-TPA |
| | : | |
| Ronnie Michael Kelly, Sr., | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 101 |
| Ronnie Michael Kelly, Sr., | : | |
| Movant, | : | |
| | : | |
| V | : | |
| | : | |
| Chalet Properties III, LLC and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the Order regarding the objection to mortgage payment change on the parties listed below by certified first class mail.

Executed on: September 19, 2019

By: /s/ Clarissa Bayhurst
Clarissa Bayhurst, Head Paralegal
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Office of the United States Trustee
Ustpregion03.pi.ecf@usdoj.gov

Ronnie M Kelly, Sr.
PO Box 232
Sheffield PA 16347

Ghidotti Berger LLP
c/o Michelle R Ghidotti-Gonsalves
1920 Old Tustin Avenue
Santa Ana CA 92705

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com