FILED
9/17/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **CASE NO. 16-10566-TPA** |
| | : | |
| **Ronnie Michael Kelly, Sr.,** | : | **CHAPTER 13** |
|     Debtor, | : | |
| _____ | : | **RELATED TO DOCKET NO.: 97** |
| **Ronnie Michael Kelly, Sr.,** | : | |
|     Movant, | : | |
| | : | |
|     V | : | |
| | : | |
| **Chalet Properties III, LLC and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**ORDER REGARDING DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF CHALET PROPERTIES III, LLC AT CLAIM NUMBER 3**

    On this ___17th___ day of ___September___ 2019, after review of Debtor's Objection to Mortgage Payment Change filed by **CHALET PROPERTIES III, LLC**, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Mortgage Payment Change of CHALET PROPERTIES III, LLC is **DENIED.**

2. The Debtor will receive a longer period of time to cure his shortage which will make his mortgage payment more feasible.

_____ vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-10566-TPA
Ronnie Michael Kelly, Sr.                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1           Date Rcvd: Sep 17, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Ronnie Michael Kelly, Sr.,    PO Box 232,    Sheffield, PA 16347-0232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Ronnie Michael Kelly, Sr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5