IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/14/21 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-10566-TPA |
| | : | | |
| Ronnie Michael Kelly, Sr. | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/14/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**       #115 Motion to Dismiss Case
           #117 Resp. by Debtor

**APPEARANCES:**
       Debtor: Daniel P. Foster
       Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:    Need $93.79 to complete.  Suggest certified funds be made since issues with money orders or a TFS.

Foster:       Agree.

**OUTCOME:**    $93.79 is needed to complete the case.  Continued to 8/11/2021 at 10:30am / MOE

*/s/ Thomas P. Agresti*
asg