FILED
7/14/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Ronnie Michael Kelly, Sr.<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　Movant(s)<br>　　vs.<br>Ronnie Michael Kelly<br><br>　　　　　Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-10566-TPA<br><br>Chapter 13<br>Doc #  115 |

## ORDER

AND NOW, this **14th** day of _____**July**_____, **2021**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.   The Clerk shall give notice to all creditors of this dismissal.

D.   Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

1

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ The case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____WITH / ____ WITHOUT prejudice, without further notice or hearing.

☒ Continued, generally to _August 11, 2021 @ 10:30_ (date)
  __Conciliation in the Office of the Ch. 13 Trustee, Ste. 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
  __Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
  __Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

☒ The Debtor(s) is to take over long term continuing debt payments beginning with the ____ _____N/A_____ payment.

☒ The total due by the Debtor to complete the Plan is $__93.79__

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☒ Other: _Deficiency to be paid via TFS on certified funds_

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10566-TPA |
| Ronnie Michael Kelly, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronnie Michael Kelly, Sr., PO Box 232, Sheffield, PA 16347-0232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 16, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Ronnie Michael Kelly  Sr. dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust  N.A., as Trustee of the Cabana Series III Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: lfin Page 2 of 2
Date Rcvd: Jul 14, 2021 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6