Certificate Number: 02998-PAW-DE-035915774

Bankruptcy Case Number: 16-10566



02998-PAW-DE-035915774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2021, at 7:24 o'clock PM EDT, Ronnie M Kelly Sr. completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 14, 2021              By:   /s/Angela Zinnerman

                                     Name: Angela Zinnerman

                                     Title: Counselor